Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST FOR THE PAINTING AND DRYWALL INDUSTRY; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION INITIATIVE TRUST FUND; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, DISTRICT COUNCIL NO. 5,<br><br>Plaintiffs,<br><br>vs.<br><br>START 2 FINISH COATINGS INC., a Washington Profit Corporation; BRIAN WOOD an individual; CNA SURETY C/O WESTERN SURETY CO., a surety; and THE HARTFORD C/O HARTFORD INSURANCE COMPANY OF THE MIDWEST, a surety,<br><br>Defendants. | Case No.: 2:21-cv-00988-RSM<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO ANSWER AND ORDER** |

Stipulation to Extend Time in Which to Answer and Order
(Case No. 2:21-cv-00988-RSL)

1

THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
P. (702) 968-8087 / (702) 255-1718
F. (702) 969-8088 / (702) 255-0871
murban@theurbanlawfirm.com
wes@cjmlv.com
*Counsel for the Plaintiffs*

Plaintiffs by and through their counsel, The Urban Law Firm, and Defendants submit this Stipulation to Extend the Time Within Which to Answer and Order.

The parties are attempting to resolve certain matters in which may narrow or eliminate issues to the pending litigation. Therefore, the parties agree that it would be appropriate to extend the time within which Defendants have to answer the Complaint through November 13, 2021.

This is the first request by the parties to extend the time for Defendants to answer the Compliant.

Dated: October 7, 2021                                                      Dated: October 7, 2021

**THE URBAN LAW FIRM**                                          **THE HARTFORD c/o HARTFORD INSURANCE OF THE MIDWEST**

 /s/ Michael A. Urban                                                       /s/ Paul K. Friedrich
Michael A. Urban                                                            Paul K. Friedrich
WSBA #20251                                                                 WSBA #43080
Counsel for Plaintiffs                                                      Counsel for Defendant Hartford Insurance of the Midwest

Dated: October 7, 2021

**WESTERN SURETY COMPANY**

 /s/ Paul K. Friedrich
Paul K. Friedrich
WSBA #43080
Counsel for Defendant Western Surety Company

**IT IS SO ORDERED**

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Dated: October 19, 2021

Stipulation to Extend Time in Which to Answer and Order
(Case No. 2:21-cv-00988-RSL)

2

The Urban Law Firm
720 N. 10th Street, A #389, Renton, WA 98057
Christensen James & Martin
7440 W. Sahara Ave., Las Vegas, NV 89117
P. (702) 968-8087 / (702) 255-1718
F. (702) 969-8088 / (702) 255-0871
murban@theurbanlawfirm.com
wes@cjmlv.com
*Counsel for the Plaintiffs*