UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST et al., | CASE NO. 2:21-cv-00988-TL |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| START 2 FINISH COATINGS INC. et al, | |
| Defendants. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On April 8, 2022, the Court issued an order (Dkt. No. 31) directing the Parties to file an amended joint status report. The Court also noted that Defendants Brian Wood and Start 2 Finish Coatings, Inc. (together, the "Default Defendants"), who are *pro se*, had contacted the Court, indicating their desire to move to set aside the entry of default against them. The Court therefore instructed the Parties to include, in the amended joint status report, an update on the Default Defendants.

(2) On April 22, 2022, the Parties filed an incomplete Amended Joint Status Report. Dkt. No. 32. Despite the joint report stating that it is submitted on behalf of all Parties, the Default Defendants do not appear to have participated in the report. *Compare* Dkt. No. 32, at 2, *with id.* at 6. The report provides no information on the Default Defendants, nor whether any attempt was made by the other Parties to contact the Default Defendants to prepare the joint report. Plaintiffs represent, however, that they intend to file a Motion to Compel on the Default Defendants. *Id.* at 4.

(3) So that the Court might be better informed on the current status of the litigation before deciding on the next steps in this case, it is hereby ORDERED:

    (a) The Parties are DIRECTED to submit, **within three (3) days** of this Order, a summary of any communication they have had with the Default Defendants in the preparation of the Amended Joint Status Report or, if none, any attempt at such communication.

Dated this 26th day of April 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk
